JOSEPH DUNLEVY and Another, Respondents, v. MICHAEL PATRYLO and Another, Defendants, Impleaded with SAMUEL SLONIM, Appellant. — Judgment unanimously affirmed, with costs. No opin on. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

LAURA ESTELLE HAMILTON, Appellant, v. MYRA H. OBERT and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HERBERT INVESTING CORPORATION, Respondent, v. FORE REALTY CORPORATION, and Another, Defendants, Impleaded with HYMAN ROSEN, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JOSEPH HORACK, Respondent, v. SOUTH SHORE MOTOR TRANSPORTATION COMPANY, INC., Appe lant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

OSWALD N. JACOBY, Respondent, Appellant, v. HAROLD A. CONTENT, Appellant, Respondent.— Order reversed upon the law and the facts, in so far as it denies defendant's motion, and affirmed in so far as it grants the motion, with ten dollars costs and disbursements, on the ground that the complaint fails to state any cause of action. The statements contained in both letters are in no sense libelous or defamatory. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

AUGUST LOHMAN, Respondent, v. MAX M. HART and LENA HOBERG, Appellants.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, unless within ten days plaintiff stipulate to reduce the recovery to the sum of $1,025, in which event the judgment as so reduced is unanimously affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

CHARLES W. NEUDOERFFER, as Administrator, etc., of CHARLES NEUDOERFFER, Deceased, Respondent, v. FELIX REISENBERGER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

FREDERICK OSANN, a Stockholder of Jones Drill and Specialty Corporation, a Domestic Corporation, on Behalf of Said Jones Drill and Specialty Corporation and Other Stockholders, Respondent, v. JOSEPH W. JONES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

FREDERICK OSANN, a Stockholder of Jones Drill and Specialty Corporation, a Domestic Corporation, on Behalf of Said Jones Drill and Specialty Corporation and Other Stockholders, Respondent, v. JONES MOTROLA, INC., and Another, Defendants. KEYSTONE FINANCE CORPORATION, Appellant.— Order extending the injunction in this action to the Keystone Finance Corporation reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs. The former injunction having been vacated, the motion for an extension of its operation is without any force, especially as the Keystone Finance Corporation was not made a party to the action. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX ISAACS, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, upon the law and the facts, and the defendant discharged. There is no proof in the record showing that the defendant was ever served with the order which he was